Argued and submitted October 26, reversed and remanded November 24, 2004

RICHARD E. CORGAIN,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

A118627

100 P3d 1144

Daniel M. Carroll, Deputy Public Defender, argued the cause for petitioner. With him on the brief were Peter A. Ozanne, Executive Director, and Peter Gartlan, Chief Defender, Office of Public Defense Services.

Denise G. Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Linder and Ortega, Judges.

PER CURIAM

Reversed and remanded. *Roy v. Palmateer*, 194 Or App 330, 95 P3d 1124 (2004).